Terri L. Freeman, Esq. (Bar I.D. No: 006341990)
JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th floor
Morristown, NJ 07960-6834
(973) 538-6890
ATTORNEYS FOR DEFENDANT COMMUNITY OPTIONS, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZACHARY OMBICHA, | : Civil Action No: 17-cv-5964 |
| Plaintiff, | : |
| vs. | : **STIPULATION OF DISMISSAL** |
| COMMUNITY OPTIONS, INC., | : |
| Defendant. | : |

It is hereby stipulated and agreed that Plaintiff's Complaint against Defendant be and hereby is dismissed in its entirety without prejudice and without costs to any party.

| | |
|---|---|
| LAW OFFICES OF ERIC A. SHORE | JACKSON LEWIS P.C. |
| 4 Echelon Plaza | 220 Headquarters Plaza |
| 201 Laurel Road – 8th Floor | East Tower, 7th Floor |
| Voorhees, New Jersey 08043 | Morristown, New Jersey 07960 |
| | |
| By: /s/Toni L. Telles | By: /s/Terri L. Freeman |
| Toni L. Telles, Esq. | Terri L. Freeman |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| Dated: October ___, 2017 | Dated: October ___, 2017 |

4845-1331-3361, v. 1

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 10/11/2017